UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TANDY ANNE KERTANIS,<br><br>    Defendant. | 3:08-cr-0106-LRH-WGC<br><br>ORDER |

Before the court is Defendant's Motion for Bail Pending Decision (#108)[1], the Government's Response to the Motion (#109) and Defendant's Reply to the Government's Response (#111).

In this case, the court sentenced Defendant to eighty-one (81) months of custody on April 11, 2013. At the time of her sentencing, the court granted Defendant's request for self-surrender and set the surrender date for June 10, 2013. The court further provided that upon satisfactory proof of the scheduling of pending surgery for Defendant's child that her surrender date would be extended. Thereafter, on May 24, 2013, her newly substituted counsel filed a Motion to Extend Turn-In Date (#91) accompanied with Surgery Center records indicating that her child was scheduled for dental surgery on July 9, 2013. The court extended Defendant's self surrender to July 17, 2013.

On May 30, 2013, Defendant filed a Motion Under Title 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody. The twenty (20) page motion is

---

[1] Refers to the court's docketing number.

accompanied with a twenty-two (22) page memorandum of supporting points and authorities and some sixty-one (61) pages of exhibits. The court has ordered a responsive pleading by the Government by July 22, 2013, with any reply due within fifteen (15) days thereafter.

Defendant has characterized her pending motion as a Motion for Bail Pending Decision upon the § 2255 motion (#108). The court does not view this issue as one for bail pending decision upon Defendant's motion as much as whether there are grounds to extend Defendant's self surrender date, which has previously been authorized.

It appearing that the § 2255 motion will be decided within ninety (90) days and good cause appearing, and in the interests of justice, the Defendant's self surrender date shall be extended until Thursday, October 17, 2013, before noon. Defendant's current conditions of release shall continue.

Defendant's Motion for Bail (#108) is DENIED as moot.

IT IS SO ORDERED.

DATED this 16th day of July, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE