UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:08-cr-00106-LRH-WGC |
| Plaintiff, | |
| v. | MINUTE ORDER |
| TANDY ANNE KERTANIS, | |
| | October 2, 2013 |
| Defendant. | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is defendant's motion for leave to file an amended motion under 28 U.S.C. § 2255 (#113). Good cause appearing, the court shall grant the motion.

IT IS HEREBY ORDERED that defendant's motion for leave to file an amended motion (#113) is GRANTED.

IT IS FURTHER ORDERED that the Government shall have ten (10) days from entry of this order to file a responsive pleading to defendant's amended motion under 28 U.S.C. § 2255 (#114). Defendant shall have five (5) days after the Government's response to file a reply brief in support of its amended motion.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:      /s/
        Deputy Clerk